**FILED**

12/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0598

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0598

TORGER S. OAAS
Attorney for Appellant
618 West Main St., Suite 201
Lewistown, MT 59457
(406) 538-2338
Fax (406) 538-3831
E-mail oaaslaw@midrivers.com

WILLIAM DEE BOYCE
Appellant,
     v.                                          PROPOSED ORDER
MONTANA DEPARTMENT OF
MOTOR VEHICLES
Appellee.


     Based upon Appellant's motion to file the transcript of proceedings and good cause

appearing,

     IT IS ORDERED that Appellant's motion is hereby GRANTED.  The Clerk is directed to

file the transcript attached to the motion.


Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 22 2022